UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GILBERTO RAMOS,

    Plaintiff,

v.                                          Case No:    2:19-cv-416-FtM-NPM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This matter is before the Court on the Joint Stipulation of Voluntary Dismissal, filed on March 19, 2020. (Doc. 32).

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing "a stipulation of dismissal signed by all parties who have appeared." In this case, all parties who have appeared have signed the Joint Stipulation. (See Doc. 32 at 1). Therefore, this case is deemed dismissed upon the filing of such a stipulation. *See Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272, 1278 (11th Cir. 2012).

Accordingly, it is hereby **ORDERED**:

The Clerk is directed to (1) terminate any pending motions and deadlines; and (2) close this case pursuant to the parties' Joint Stipulation of Voluntary Dismissal (Doc. 32).

**DONE** and **ORDERED** in Fort Myers, Florida on March 20, 2020.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record